IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LCA ACQUISITION CORPORATION,
d/b/a South Motors Infiniti

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-5159

NISSAN NORTH AMERICA, INC.
and M10 MOTORS, INC., d/b/a
Infiniti of Coral Gables

     Appellees.

_____/

Opinion filed November 17, 2016.

An appeal from Department of Highway Safety and Motor Vehicles.

Barry Richard and M. Hope Keating of Greenberg Traurig, P.A., Tallahassee, John W. Forehand of South Motors Automotive Group, Miami, for Appellant.

Susan V. Warner of Nelson, Mullins, Riley, & Scarborough, LLP, Jacksonville, and S. Keith Hutto and Christopher C. Genovese of Nelson, Mullins, Riley, & Scarborough, LLP, Columbia, South Carolina, for Appellee Nissan North America, Inc.   Richard N. Sox and Nicholas A. Bader of Bass, Sox, Mercer, Tallahassee, for Appellee M10 Motors, Inc.


PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.